UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT J. NEIL | CIVIL ACTION |
| VERSUS | NO. 09-6242 |
| CHARLOTTE RANDOLPH, ET AL. | SECTION "F" (3) |

## ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's findings and recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Court adopts the Magistrate Judge's Report and Recommendation.

New Orleans, Louisiana this 28th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE